IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | |
|---|---|
| ERIC M. BARTELL,<br><br>and<br><br>LORI D. BARTELL<br><br>      PLAINTIFF,<br><br>v.<br><br>LIBERTY MUTUAL PERSONAL<br>INSURANCE COMPANY<br>                      DEFENDANT. | C.A. No. _____ |

## NOTICE OF REMOVAL

Please take notice that, pursuant to 28 U.S.C. §§ 1332(a), 1441(b) and 1446, defendant Liberty Mutual Personal Insurance Company ("Liberty") hereby removes this action from the Superior Court of Aroostook County, Maine to the United States District Court for the District of Maine. Removal is proper in this case based on the following grounds:

### Background

1. On August 22, 2023, plaintiffs Eric M. Bartell and Lori D. Bartell (the "Bartells") filed a complaint captioned *Bartell v. Liberty Mutual Group Inc.* in Superior Court of Aroostook County, Maine, Docket No. HOUSC-CV-2023-00013. The original complaint named Liberty Mutual Group Inc., which was the improper defendant. A copy of the original summons and complaint is attached as Exhibit 1 and is incorporated by reference herein.

2. On September 22, 2023, the Bartells filed an amended complaint now captioned *Bartell v. Liberty Mutual Personal Insurance Company* in Superior Court of Aroostook County,

Maine, naming defendant Liberty Mutual Personal Insurance Company, the proper underwriting entity that issued the insurance policy at issue (the "Amended Complaint"). A copy of the Amended Complaint is attached as <u>Exhibit 2</u> and is incorporated by reference herein. The Bartell's Amended Complaint alleges five counts against Liberty: (1) Breach of Contract; (2) Violation of Unfair Claims Practices; (3) Violation of Unfair Claims Settlement Practices; (4) Declaratory Judgment Actions Involving Insurance Policies; and (5) Violation of Maine Unfair Trade Practices Act.

3. Service of the Amended Complaint was effectuated on September 20, 2023. *See* Exhibit 3 (Acceptance of Service).

4. On September 22, 2023, the Court entered an order granting the Bartell's Motion for an Amended Complaint and extended Liberty's time to respond to the Bartell's Amended Complaint until November 1, 2023. *See* Exhibit 4 (Order for Motion for Amended Complaint).

5. Pursuant to 28 U.S.C. § 1446, Liberty now files this notice of removal within thirty (30) days after service of the Amended Complaint.

6. The Superior Court of Aroostook County, Maine is located with the United States District Court, District of Maine, wherein Liberty is filing this Notice of Removal.

7. This case is properly removed to the United States District Court, District of Maine pursuant to 28 U.S.C. § 1332, because of the diversity of citizenship between the Bartells and Liberty and because the amount in controversy exceeds the sum or value of $75,000, exclusive of interest and costs.

**Grounds for Removal**

**A. Complete Diversity Exists Between the Parties**

8. Complete diversity exists between the Bartells and Liberty, both at the time of filing of the Amended Complaint and at the time of removal.

9. Eric M. Bartell alleges that he is "a natural person, and has a mailing address of 153 Spaulding Lake Road, Oakfield, County of Aroostook, State of Maine, 04763." Ex. 2, Amended Complaint, ¶ 1. On information and belief, Eric M. Bartell resides in and is a citizen of Maine.

10. Lori D. Bartell alleges that she is "a natural person, and has a mailing address of 153 Spaulding Lake Road, Oakfield, County of Aroostook, State of Maine, 04763." *Id.* at ¶ 2. On information and belief, Lori D. Bartell resides in and is a citizen of Maine.

11. Liberty is organized under the laws of New Hampshire, with its principal place of business at 175 Berkeley Street, Boston, Massachusetts. *Id.* at ¶ 4.

12. Therefore, pursuant to 28 U.S.C. § 1332(a), complete diversity exists between the parties.

### B. The Amount in Controversy Exceeds $75,000

13. The amount in controversy in the claims brought by the Bartells against Liberty is in excess of $75,000.

14. In particular, the Bartells allege they "incurred damages in the approximate amount of $504,433.50." *Id.* at ¶ 14. Additionally, the Bartells claim, "Liberty has failed and refused, and continues to fail and refuses, to pay $432,679.55." *Id.* at ¶ 61.

15. And, the Bartells "request[] . . . (a) their damages such as are reasonable in the premises; (b) their costs of this action; (c) their attorney's fees and interest pursuant to the provisions of Title 24-A, Maine Revised Statutes Annotated, Section 2436(3)(4); (d) their costs of professional services; (e) their incidental and consequential damages, such as are reasonable in the premises; . . ." *Id.* at Counts II, III.

16. The Bartells also seek "interest in the amount of 1.5% per month after the due date, pursuant to the provisions of Title 24-A, Maine Statutes Annotated, Section 2436(3). Amended

Complaint, ¶ 70. Plus, the Bartells seek, "actual damages, pursuant to Title 5, Maine Revised Statutes Annotated, Section 213(1); and . . . restitution, pursuant to Maine Revised Statutes Annotated, Section 213(1); . . .their attorney's fees pursuant to Maine Revised Statutes Annotated, Section 213(2); . . .their costs: pursuant to Maine Revised Statutes Annotated, Section 213(2). *Id.* at ¶¶ 76-79.

17. Finally, the Bartells' prayer for relief includes: "A. Actual damages: As authorized by Title 5, Maine Revised Statutes Annotated, Section 213(1); B. Restitution: As authorized by Title 5, Maine Revised Statutes Annotated, Section 213(1); C. Their attorney's fees: As authorized by Title 5, Maine Revised Statutes Annotated, Section 213(2); D. Their costs: As authorized by Title 5, Maine Revised Statutes Annotated, Section 213(2); E. Whatever other relief the Court may deem necessary: Such as reasonable in the premises." *Id.* at Count IV.

18. Therefore, pursuant to 28 U.S.C. § 1332(a), this Court has original jurisdiction for this matter because the amount in controversy exceeds $75,000 and the matter is between citizens of different states.

## Notice is Timely

19. Pursuant to 28 U.S.C. § 1446(b)(3), a notice of removal must be filed within thirty days after the receipt by the defendant, through service or otherwise, a copy of the amended pleading from which it may first be ascertained that the case is one which is or has become removable.

20. The Bartells original complaint was filed on August 22, 2023, naming the incorrect defendant. *See* Exhibit 1.

21. Liberty received an extension of time to respond to the original complaint up through and including October 5, 2023. *See* Exhibit 5 (Order on Enlargement of Time).

22. Liberty received a courtesy copy of the Amended Complaint on September 8, 2023,

naming Liberty as the proper defendant. *See* Exhibit 2.

23.  Liberty, through counsel, accepted service of the Amended Complaint on September 20, 2023. *See* Exhibit 3.

24.  On September 22, 2023, the Court ordered that Liberty's response to the Bartells' Amended Complaint is due on November 1, 2023. *See* Exhibit 4.

25.  Therefore, this Notice of Removal is timely filed under 28 U.S.C. § 1446(b).

26.  As required by 28 U.S.C. § 1446(d), a copy of this Notice of Removal is being filed with the clerk of the Superior Court of Aroostook County, Maine. Written notice of the filing of this Notice of Removal will be served on Plaintiff.

27.  By filing this Notice of Removal, Liberty does not waive any defenses that may be available.

28.  A copy of the docket for *Bartell v. Liberty Mutual Group Inc.* in Superior Court of Aroostook County, Maine, Docket No. HOUSC-CV-2023-00013 is attached as <u>Exhibit 6</u>.

WHEREFORE, Liberty Mutual Personal Insurance Company respectfully requests, in accordance with the provisions of 28 U.S.C. §§ 1441(b) and 1446, that this action now pending in Superior Court of Aroostook County, State of Maine, be removed to this Court.

| | |
|---|---|
| Dated: October 5, 2023 | ROBINS KAPLAN LLP |
| | By: __/s/ Laura J. Lee_____ |
| | Laura J. Lee (ME Bar No. 6514) |
| | Elizabeth Reidy |
| | Melissa M. D'Alelio |
| | LLee@RobinsKaplan.com |
| | EReidy@RobinsKaplan.com |
| | MDalelio@RobinsKaplan.com |
| | 800 Boylston Street |
| | Suite 2500 |
| | Boston, MA  02199 |
| | Telephone:    617 267 2300 |
| | Facsimile:    617 267 8288 |
| | *Attorneys for Defendant Liberty Mutual Personal Insurance Company* |

## CERTIFICATE OF SERVICE

   I, Laura J. Lee, hereby certify that the foregoing document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on October 5, 2023.

                   */s/ Laura J. Lee*
                   Laura J. Lee